# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| GNC HOLDINGS, INC., *et al.*, | Case No. 20-11662 (KBO) |
| Debtors.[1] | (Jointly Administered) |

## AMENDED SCHEDULE OF ASSETS AND LIABILITIES FOR
## GNC INTERNATIONAL HOLDINGS, INC. (CASE NO. 20-11670)

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's United States federal tax identification number, if applicable, or other applicable identification number, are: GNC Holdings, Inc. (6244); GNC Parent LLC (7572); GNC Corporation (5170); General Nutrition Centers, Inc. (5168); General Nutrition Corporation (4574); General Nutrition Investment Company (3878); Lucky Oldco Corporation (7141); GNC Funding, Inc. (7837); GNC International Holdings, Inc. (9873); GNC China Holdco, LLC (0004); GNC Headquarters LLC (7550); Gustine Sixth Avenue Associates, Ltd. (0731); GNC Canada Holdings, Inc. (3879); General Nutrition Centres Company (0939); GNC Government Services, LLC (2295); GNC Puerto Rico Holdings, Inc. (4559); and GNC Puerto Rico, LLC (7234). The debtors' mailing address is 300 Sixth Avenue, Pittsburgh, Pennsylvania 15222.

**Fill in this information to identify the case:**

Debtor name: **GNC International Holdings, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known): **20-11670**

☑ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** **Nonpriority creditor's name and mailing address**<br>**CANNING, SUSAN M.**<br>**ADDRESS ON FILE**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **INDEMNIFICATION CLAIM**<br>Is the claim subject to offset? ☑ No  ☐ Yes | **$0.00** |
| **3.2** **Nonpriority creditor's name and mailing address**<br>**DAVIS, AMY N.**<br>**ADDRESS ON FILE**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **INDEMNIFICATION CLAIM**<br>Is the claim subject to offset? ☑ No  ☐ Yes | **$0.00** |
| **3.3** **Nonpriority creditor's name and mailing address**<br>**GONZALEZ, ERIN**<br>**ADDRESS ON FILE**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **INDEMNIFICATION CLAIM**<br>Is the claim subject to offset? ☑ No  ☐ Yes | **$0.00** |
| **3.4** **Nonpriority creditor's name and mailing address**<br>**LAWRENCE, CAMERON**<br>**ADDRESS ON FILE**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **INDEMNIFICATION CLAIM**<br>Is the claim subject to offset? ☑ No  ☐ Yes | **$0.00** |

Debtor **GNC International Holdings, Inc.**      Case number (if known) **20-11670**
      Name

| | | |
|---|---|---|
| **3.5** | **Nonpriority creditor's name and mailing address**<br>**MILANOVICH, MATT**<br>**ADDRESS ON FILE**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **INDEMNIFICATION CLAIM**<br>Is the claim subject to offset? ■ No ☐ Yes     $0.00 |
| **3.6** | **Nonpriority creditor's name and mailing address**<br>**O'CONNOR, GAVIN**<br>**ADDRESS ON FILE**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **INDEMNIFICATION CLAIM**<br>Is the claim subject to offset? ■ No ☐ Yes     $0.00 |
| **3.7** | **Nonpriority creditor's name and mailing address**<br>**SELETZ, CARL**<br>**ADDRESS ON FILE**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **INDEMNIFICATION CLAIM**<br>Is the claim subject to offset? ■ No ☐ Yes     $0.00 |
| **3.8** | **Nonpriority creditor's name and mailing address**<br>**SULLIVAN, DAVID J.**<br>**ADDRESS ON FILE**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **INDEMNIFICATION CLAIM**<br>Is the claim subject to offset? ■ No ☐ Yes     $0.00 |
| **3.9** | **Nonpriority creditor's name and mailing address**<br>**TOLIVAR, TRICIA**<br>**ADDRESS ON FILE**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **INDEMNIFICATION CLAIM**<br>Is the claim subject to offset? ■ No ☐ Yes     $0.00 |
| **3.10** | **Nonpriority creditor's name and mailing address**<br>**VIANELLO, STEPHEN**<br>**ADDRESS ON FILE**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **INDEMNIFICATION CLAIM**<br>Is the claim subject to offset? ■ No ☐ Yes     $0.00 |

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

Debtor  **GNC International Holdings, Inc.**  Case number (if known)  **20-11670**
Name

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 0.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 0.00 |

Case 20-11670-KBO    Doc 6    Filed 09/08/20    Page 4 of 5

**Fill in this information to identify the case:**

Debtor name: **GNC International Holdings, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known): **20-11670**

■ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

■ **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*  **Schedule E/F Part: 2**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 8, 2020**      X **/s/ Tricia Tolivar**
Signature of individual signing on behalf of debtor

**Tricia Tolivar**
Printed name

**Authorized Signatory**
Position or relationship to debtor